FILED IN OPEN COURT
ON 11-12-14 SWT
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-57-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDALL STREETER, | ) | |

This matter is before the Court on Defendant's unopposed motion to continue hisr arraignment. For good cause shown, the motion is GRANTED, and the arraignment is continued until Judge Flanagan's December 2014 term of court.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 12th day of November, 2014.

ROBERT B. JONES, JR.
United States Magistrate Judge