UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-57-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| V. } | ORDER TO SEAL |
| } | |
| RANDALL STREETER } | |

On motion of the Defendant Randall Streeter, and for good cause shown, It is hereby ORDERED (DE 40) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 8th day of July, 2015.

LOUISE W. FLANAGAN
United States District Judge